**MAYALL HURLEY P.C.**
**WILLIAM J. GORHAM (SBN: 151773)**
wgorham@mayallaw.com
**NICHOLAS J. SCARDIGLI (SBN: 249947)**
nscardigli@mayallaw.com
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**JENNY D. BAYSINGER (SBN: 251014)**
jbaysinger@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 477-4818**

**Attorneys for Plaintiff Julietta Rodriguez, individually and on behalf of all others similarly situated, and as a proxy for the California Labor and Workforce Development Agency ("LWDA")**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIETTA RODRIGUEZ,** | Case No.: 2:18-cv-00341-KJM-CKD |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL OF FIRST, SECOND, THIRD, FIFTH, SIXTH, SEVENTH, EIGHTH, NINTH, TENTH, ELEVENTH, TWELFTH, AND THIRTEENTH CAUSES OF ACTION** |
| v. | |
| **EMERITUS CORPORATION**, a Washington corporation; **BROOKDALE LIVING COMMUNITIES, INC.**, a Delaware corporation; **BROOKDALE SENIOR LIVING, INC.**, a Delaware corporation; **BROOKDALE SENIOR LIVING COMMUNITIES, INC.**, a Delaware corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

Plaintiff Julietta Rodriguez ("Rodriguez" or "Plaintiff"), pursuant to Federal Rules of Civil Procedure Rule 41, subdivision (a), and since none of the Defendants have filed an answer or a motion for summary judgment, hereby dismisses the following causes of action asserted in the operative Class Action and Individual Complaint for Damages filed February 13, 2018 without prejudice:

1. First Cause of Action for Failure to Furnish Accurate Itemized Wage Statements, brought on a class-wide basis, as to all Defendants;
2. Second Cause of Action for Failure to Maintain Accurate Itemized Wage Statements, brought on a class-wide basis, as to all Defendants;
3. Third Cause of Action for Unlawful Business Practices, brought on a class-wide basis, as to all Defendants;
4. Fifth Cause of Action for Failure to Provide Meal Periods, brought on an individual basis, as to all Defendants;
5. Sixth Cause of Action for Failure to Pay Overtime Wages, brought on an individual basis, as to all Defendants;
6. Seventh Cause of Action for Failure to Pay Wages Upon Separation, brought on an individual basis, as to all Defendants;
7. Eighth Cause of Action for Sex/Gender Discrimination, brought on an individual basis, as to all Defendants;
8. Ninth Cause of Action for Denial Of/Interference with Pregnancy Disability Leave, brought on an individual basis, as to all Defendants;
9. Tenth Cause of Action for Retaliation for Taking Pregnancy Disability Leave, brought on an individual basis, as to all Defendants;
10. Eleventh Cause of Action for Retaliation in Violation of the California Fair Employment and Housing Act, brought on an individual basis, as to all Defendants;
11. Twelfth Cause of Action for Failure to Prevent Discrimination and Retaliation, brought on an individual basis, as to all Defendants;
12. Thirteenth Cause of Action for Retaliation for Taking Protected Sick Leave, brought on an individual basis, as to all Defendants.

Plaintiff is dismissing the individual claims due to the existence of a valid and enforceable agreement to arbitrate.  Plaintiff is dismissing the claims pursued on a class-wide basis, in compliance with Federal Rules of Civil Procedure section 23(e) as no class has yet been certified, due to the existence of an express class action waiver within the arbitration agreement that is

enforceable pursuant to the United States Supreme Court's recent decision in the consolidated matter of *Epic Sys. Corp. v. Lewis*, 200 L.Ed. 2d 889 (2018).

The only cause of action remaining after entry of the dismissal will be the Fourth Cause of Action brought under the Private Attorney General's Act for the Recovery of Civil Penalties. As a result of the dismissals, this Court will no longer have subject matter jurisdiction over the pending action and Plaintiff anticipates filing a motion for remand in the event Defendants are unwilling to stipulate to remand after the requisite meet and confer pursuant to Judge Mueller's Standing Order has been conducted. The Parties began the meet and confer process on Friday, June 1, 2018.

**DATED:** June 6, 2018                                **MAYALL HURLEY P.C.**

By    /s/ Jenny D. Baysinger
WILLIAM J. GORHAM III
NICHOLAS J. SCARDIGLI
ROBERT J. WASSERMAN
JENNY D. BAYSINGER
Attorneys for Plaintiff,
JULIETTA RODRIGUEZ, individually, on behalf of all others similarly situated, and as a proxy for the LWDA